ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| D2 Government Solutions | ) ASBCA No. 63029 |
| | ) |
| Under Contract No. W912LA-19-P-8013 | ) |

APPEARANCE FOR THE APPELLANT:     Jay R. Rodne, Esq.
  D2 Government Solutions
  New Bern, NC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
  Army Chief Trial Attorney
  MAJ Ronald C. Walton, JA
  Michael McDermott, Esq.
  Jules L. Szanton, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  December 7, 2022

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63029, Appeal of D2 Government Solutions, rendered in conformance with the Board's Charter.

Dated:  December 7, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals